UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 23-5774-GW-RAOx** <br> CV 24-3273-GW-RAOx | Date | April 30, 2025 |
|---|---|---|---|
| Title | ***Ashley De La Sancha, et al. v. John Wesley Community Health Institute, Inc., et al.*** <br> *Ashley Tlavet De La Sancha v. John Wesley Community Health Institute, Inc., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None Present    None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has received the parties' Notice of Settlement and request to vacate the previously set dates in this matter (ECF No. 60). Based thereon, all previously set dates herein are taken off calendar. The Court sets and Order to Show Cause re Settlement for 8:30 a.m. on June 5, 2025; and the parties are to file by June 2 either a dismissal or a joint status report re settlement.

:

Initials of Preparer    JG