JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY TLAVET DE LA SANCHA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WESLEY COMMUNITY HEALTH INSTITUTE, INC., et al.,<br><br>Defendants. | Case No.   **CV 23-5774-GW-RAOx**<br>CV 24-3273-GW-RAOx<br><br>**ORDER TO DISMISS** |

Based upon Plaintiff's Notice of Dismissal [65] filed on June 19, 2025, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: June 20, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE